UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

United States of America

vs                                                          5:06-cr-514 (FJS)

John Chick

                          Defendant

### ORDER AMENDING JUDGMENT IN A CRIMINAL CASE

The April 22, 2008 self surrender date ordered by the Court in the criminal judgment dated March 20, 2008 has been extended.  Therefore it is hereby

**ORDERED** that the defendant shall self surrender to the custody of the United States Marshal for the Northern District of New York or the institution designated by 2:00pm on May 20, 2008.

**ORDERED** that all other terms of the judgment remain the same.

**IT IS SO ORDERED.**

**April 21, 2008**
**Syracuse, New York**

                                        Frederick J. Scullin, Jr.
                                        Senior United States District Court Judge